Order Filed on
**8/21/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
Michael J. Viscount, Jr., Esq.
Raymond M. Patella, Esq.
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401
(609) 348-4515/fax (609) 348-6834

**WHITE & CASE LLP**
John K. Cunningham, Esq. (admitted *pro hac vice*)
Richard S. Kebrdle, Esq. (admitted *pro hac vice*)
Kevin M. McGill, Esq. (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
(305) 371-2700/fax (305) 358-5744

*Co-Counsel to the Debtors and*
*Debtors in Possession*

| | |
|---|---|
| In re:<br><br>REVEL AC, INC., et al.,<br><br>      Debtors.[1] | Chapter 11<br><br>Case No. 14-22654 (GMB)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 108, 414, 417, 493 and 494** |

**ORDER (I) DENYING MOTION OF RAVEL HOTEL LLC FOR RELIEF**
**FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
**AND (II) EXTENDING AUTOMATIC STAY TO LICENSOR**

The relief set forth on the following pages two (2) and three (3) is hereby ORDERED:

**DATED: 8/21/2014**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Revel AC, Inc. (3856), Revel AC, LLC (4456), Revel Atlantic City, LLC (9513), Revel Entertainment Group, LLC (2321), NB Acquisition, LLC (9387) and SI LLC ([3856]). The location of the Debtors' corporate headquarters is 500 Boardwalk, Atlantic City, New Jersey 08401.

ME1 18779586v.2

(Page 2)

| | |
|---|---|
| Debtors: | Revel AC, Inc., et al. |
| Case No.: | 14-22654 (GMB) |
| Caption of Order: | ORDER (I) DENYING MOTION OF RAVEL HOTEL LLC FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE AND (II) EXTENDING AUTOMATIC STAY TO LICENSOR |

Upon the objection and cross-motion (the "Cross-Motion")[2] of Revel AC, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") pursuant to sections 105 and 362 of the Bankruptcy Code, for entry of an order (i) denying the motion [Docket No. 108] (the "Lift Stay Motion") of Ravel Hotel LLC (the "Claimant") for relief from stay under section 362(d) of the Bankruptcy Code and (ii) extending the automatic stay to the Licensor; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Cross-Motion is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Cross-Motion is in the best interests of the Debtors and their estates and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Lift Stay Motion is DENIED without prejudice; and it is further

ORDERED that the Cross-Motion is GRANTED to the extent set forth herein; and it is further

ORDERED that pending further order of this Court and solely with respect to the Trademark Litigation, the automatic stay pursuant to section 362 of the Bankruptcy Code shall extend to the Licensor through and including October 21, 2014; and a hearing regarding continuation of the stay shall be held on October 20, 2014

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Cross-Motion.

ME1 18779586v.2

*Approved by Judge Gloria M. Burns August 21, 2014*

(Page 3)

| | |
|---|---|
| Debtors: | Revel AC, Inc., et al. |
| Case No.: | 14-22654 (GMB) |
| Caption of Order: | ORDER (I) DENYING MOTION OF RAVEL HOTEL LLC FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE AND (II) EXTENDING AUTOMATIC STAY TO LICENSOR |

ORDERED that the terms and conditions of this Order shall be immediately

effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation of this Order.

3

*Approved by Judge Gloria M. Burns August  21, 2014*