# THE Brattle GROUP

August 25, 2014

In Account With:

| | |
|---|---|
| Jason N. Zakia | Invoice Number: 033422 |
| White & Case, LLP | Project ID: CL-04545 |
| 200 South Biscayne Blvd. | Page: 1 of 4 |
| Miami, FL 33131 | |

*For Professinal Services Rendered Through July 31, 2014*
   *for the benefit of Revel Entertainment Group, LLC*

| | |
|---|---|
| Total Professional Fees | $7,615.00 |
| Total Related Expenses | $0.00 |
| Invoice Total | $7,615.00 |
| **Balance Due** | **$7,615.00** |

Payable upon receipt in US Dollars to: The Brattle Group (FID 04-3254813)

Remit To:

The Brattle Group, Inc.

44 Brattle Street

Cambridge MA 02138-3736

Telephone:

+1.617.864.7900



In Account with:

    Jason N. Zakia                                              Page 2 of 4

    White & Case, LLP

| Name | Consultant Summary | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Dean Murphy (Principal) | | $450 | 9.10 | $4,095.00 |
| Kent Diep (Research Analyst) | | $245 | 8.00 | $1,960.00 |
| Darrick Chan (Research Analyst) | | $200 | 7.80 | $1,560.00 |

Professional Services

| Date | Name | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/23/2014 | D Murphy | B | Review Debtors ACR Motion | 0.5 | 225.00 |
| 6/25/2014 | D Murphy | B | Review contract and Debtors ACR Motion to define data needs | 1.5 | 675.00 |
| 6/26/2014 | D Murphy | B | Review contract and Debtors ACR Motion | 0.5 | 225.00 |
| 6/27/2014 | D Murphy | A | Coordinate with B. Levine (Brattle General Counsel) and correspond with J. Zakia (White & Case) regarding relationship check with Potential Parties of Interest | 0.5 | 225.00 |
| 6/27/2014 | D Murphy | A | Review draft Retention agreement and Declaration | 0.5 | 225.00 |
| 6/27/2014 | D Murphy | B | Review data from J. Zakia (monthly invoices and summary spreadsheet, detailed invoices, forwarded emails; CUP overview) | 2.5 | 1125.00 |
| 6/27/2014 | D Murphy | B | Meet with K. Diep and D. Chan to discuss case work. | 0.5 | 225.00 |
| 6/27/2014 | K Diep | B | Discussed case work with D. Murphy and D. Chan | 0.5 | 122.50 |
| 6/27/2014 | D Chan | B | Meeting with K. Diep and D. Murphy to discuss Revel project | 0.5 | 100.00 |
| 6/27/2014 | D Chan | B | Reviewed background documents and invoices to figure out an appropriate way to look for and document rates | 0.5 | 100.00 |
| 6/30/2014 | K Diep | B | Entered Revel invoices into excel spreadsheet | 3.0 | 735.00 |
| 7/1/2014 | K Diep | B | Looked for rate information on New Jersey and Altantic City Electric website | 2.5 | 612.50 |

In Account with:

    Jason N. Zakia                                         Page 3 of 4

    White & Case, LLP

| Date | Name | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2014 | K Diep | B | Researched NJ Public Utilities Board dockets to look for prior tarriffs, and called Atlantic City Electric Customer Services | 1.5 | 367.50 |
| 7/1/2014 | D Chan | B | Reviewed water/sewage invoices and attempted to track down utility rates | 1.4 | 280.00 |
| 7/1/2014 | D Chan | B | Reviewed electricity invoices and called Atlantic City Electric to track down old tariffs | 0.2 | 40.00 |
| 7/1/2014 | D Chan | B | Reviewed BPU order (Docket number ER12121071) approving new rates in an attempt to track down old rates | 0.5 | 100.00 |
| 7/2/2014 | D Murphy | A | Review Potential Parties of Interest and correspond with B. Levine | 0.5 | 225.00 |
| 7/2/2014 | D Chan | B | Searched internet for other potential sources for old electricty rates | 1.5 | 300.00 |
| 7/2/2014 | D Chan | B | Audited Excel file of invoices to make sure that invoices were correctly converted from PDF format to Excel format | 0.7 | 140.00 |
| 7/2/2014 | D Chan | B | Searched internet for potential sources for gas rates | 0.3 | 60.00 |
| 7/3/2014 | D Murphy | A | Review correspondence with J. Zakia (White & Case) and B. Levine (Brattle General Counsel) | 0.2 | 90.00 |
| 7/3/2014 | D Chan | B | Searched internet for potential sources of NJ gas rates | 1.0 | 200.00 |
| 7/3/2014 | D Chan | B | Followed up with BPU and Atlantic City Electric to try and track down utility rates | 0.5 | 100.00 |
| 7/7/2014 | D Murphy | A | Review and confirm Declaration | 0.3 | 135.00 |
| 7/7/2014 | D Murphy | B | Meet w K. Deip to review findings regarding O + M expenses | 0.2 | 90.00 |
| 7/7/2014 | K Diep | B | Met with D. Murphy regarding O + M expenses. | 0.2 | 49.00 |

In Account with:

    Jason N. Zakia                                                   Page 4 of 4

    White & Case, LLP

| Date | Name | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/7/2014 | K Diep | B | Looked through excel/pdf files for possible references to O&M expenses. | 0.3 | 73.50 |
| 7/8/2014 | D Murphy | A | Review filed declaration | 0.2 | 90.00 |
| 7/8/2014 | D Murphy | B | Meet with staff D. Chan to review findings, identify further info needs and analytic direction | 0.2 | 90.00 |
| 7/8/2014 | D Murphy | B | Further review of invoices and information on CUP | 1.0 | 450.00 |
| 7/8/2014 | D Chan | B | Meeting with Dean to discuss findings and next steps for Revel project | 0.2 | 40.00 |
| 7/8/2014 | D Chan | B | Reviewed documents from clients to try and locate a breakdown of O&M charges. | 0.5 | 100.00 |
| | *For Professional Services rendered* | | | 24.9 | $7,615.00 |
| | **Total Amount Due** | | | | **$7,615.00** |